IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT GILBERT,<br><br>                Plaintiff,<br>     v.<br><br>OLSON MARINE, INC. *in personam*, and Tug HARRIET O., O.N. 503101, and her engine, machinery, tackle, gear, appurtenances, apparel, furniture, and equipment, *in rem*,<br><br>                Defendants. | Case No. 3:21-cv-00161 JMK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, having filed a Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED, this matter is **DISMISSED,** with each party to bear their own costs and fees.

IT IS SO ORDERED this 30th day of November, 2022, at Anchorage, Alaska.

                                                  */s/ Joshua M. Kindred*
                                                 JOSHUA M. KINDRED
                                            United States District Judge